```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
```

|  |  |  |
|---|---|---|
| ARTHUR J. GALLAGHER & CO., | : | CASE NO. 16-CV-00284 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | OPINION AND ORDER |
|  | : | [Resolving Doc. 68] |
| KYLE ANTHONY, | : |  |
|  | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On February 5, 2016, Plaintiff Arthur J. Gallagher & Co. filed a complaint contending that Defendant Anthony violated his non-solicitation agreement, tortiuously interfered with Gallagher's business, and unlawfully disclosed trade secrets in connection with client departures from Gallagher.[1]

Upon meeting with the parties, this Court set the matter for expedited trial, with a bench trial scheduled for June 6, 2016. Due to a scheduling conflict, the Court then rescheduled the bench trial to June 27, 2016.[2] The Court ordered that the parties file opening briefs taking the format of proposed findings of fact and conclusions of law.[3] The Court did not set deadlines for dispositive motions.

On June 1, 2016, Defendant Kyle Anthony filed his opening brief.[4] On the same day, Defendant Anthony filed a motion for summary judgment, indicating that the reasons in support of the motion were in the opening brief.[5]

---

[1] Doc. 1.
[2] The bench trial was first moved to June 28, 2016 Doc. 43. The Court then moved the bench trial to June 27, 2016. Non-docket entry dated June 3, 2016.
[3] Doc. 26; Non-docket entry May 17, 2016.
[4] Doc. 62.

Case No.16-CV-00284
Gwin, J.

Plaintiff Gallagher has now filed a motion to strike Defendant's motion for summary judgment or alternatively, for leave to respond.[6] Because trial will commence on June 27, 2016, and this Court did not set out a dispositive motion briefing schedule, this Court **GRANTS** Plaintiff's motion to strike and **DENIES AS MOOT** Defendant's motion for summary judgment.

IT IS SO ORDERED.


Dated: June 24, 2016                                   *s/     James S. Gwin*
                                                      JAMES S. GWIN
                                                      UNITED STATES DISTRICT JUDGE

---

[5] Doc. 63.
[6] Doc. 68.